# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 17-3815

———————————————

Zachary A. Smith

*Plaintiff - Appellant*

v.

John A. Matthews, Former CRCC Medical Director; Paul R. Jones, Former CRCC Medical Director; Stephen E. Dorsch, CRCC Medical Director; J. Cofield, Corizon Director of Operations; T. Bredeman, Corizon Assoc Regional Medical Director; Corizon Health Inc.

*Defendants - Appellees*

———————————

Appeal from United States District Court
for the Western District of Missouri - St. Joseph

———————————

Submitted: April 18, 2019
Filed: April 25, 2019
[Unpublished]

———————————

Before ERICKSON, BOWMAN, and GRASZ, Circuit Judges.

———————————

PER CURIAM.

In this 42 U.S.C. § 1983 action, Missouri inmate Zachary A. Smith appeals from the order of the District Court[1] granting summary judgment to the defendants. Viewing the record in the light most favorable to Smith and drawing all reasonable inferences in his favor, we see no error in the court's decision to grant summary judgment. See Allard v. Baldwin, 779 F.3d 768, 771 (8th Cir. 2015) (standard of review). We further find no basis for reversing the numerous other orders Smith challenges on appeal. We affirm.

_____

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.